IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                    February 2, 2011
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 10-cv-02496-RPM

CHARLES W. MCCLURE,                                              Bryan E. Kuhn

      Plaintiff,

v.

TOWN OF CENTER, a Colorado statutory town,                       Scott D. Sweeney
JULIO PAEZ, individually and
in his official capacity as Trustee for the Town of Center,
MARK GARCIA , individually and
in his official capacity as Town Clerk for the Town of Center,
SUSAN BANNING, individually and
PEGGY MARTINEZ, individually,

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**9:57 a.m.      Court in session.**

Court's preliminary remarks.

9:59 a.m.       Mr. Sweeney answers questions asked by the Court.
Mr. Sweeney states he doesn't know whether the Clerk's additional duties are considered three separate positions or additional responsibilities to one position.
Mr. Sweeney reads employee manual regarding guidelines for separation of employees.
Argument by Mr. Sweeney.

10:07 a.m.      Mr. Kuhn answers questions asked by the Court.
Mr. Kuhn reads identified sections from the employee manual.

Court states not enough facts alleged.

**ORDERED:    Defendants' Motion to Dismiss, filed December 23, 2010 [12], is granted dismissing first, second, sixth and ninth claims for relief.
Plaintiff has until February 22, 2011 to file an amended complaint.**

Court states it will consider exercising supplemental jurisdiction after review of an amended complaint if filed.

**10:13 a.m.     Court in recess.**          Hearing concluded.  Total time: 16 min.